UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LABARRON TATE, ET AL.,

                Plaintiffs,

    - against -

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY, ET AL.,

              Defendants.

23-cv-6050 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court will hear the parties on the plaintiffs' emergency motions for orders to show cause (ECF Nos. 3, 5, 7), on **Monday, July 17, 2023, at 4 p.m.**

    500 Pearl Street, Courtroom 14A.

    The plaintiffs should see that copies of all papers filed in this action are provided to all the defendants, and the plaintiffs should provide prompt notice to all the defendants of Monday's proceeding.

SO ORDERED.

Dated:    New York, New York
           July 14, 2023

                                John G. Koeltl
                      United States District Judge