UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

LABARRON TATE, ET AL.,

                Plaintiffs,

- against -

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY, ET AL.,

                Defendants.
―――――――――――――――――――――――――――――

23-cv-6050 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed during the conference today, by **Wednesday, July 19, 2023, at 5 p.m.**, the parties shall submit a letter stating their positions on whether this action must be referred to the bankruptcy judges for this District pursuant to the District's Amended Standing Order of Reference Re: Title 11. See M10-468, 12 Misc. 32 (S.D.N.Y. Jan. 31, 2012) (Preska, C.J.).

SO ORDERED.

Dated:    New York, New York
           July 17, 2023

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                          United States District Judge