UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
LABARRON TATE; BRANDON HOOD; JULIANA JUAREZ
DUFRANE; SCOTT DUFRANE; RYAN LANCASTER;
TARRYN TYLER; and MATTHEW MAHER, individually
and on behalf of all others similarly situated,
                Plaintiffs,                              23-cv-6050 (JGK)

    -against-

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE
AGENCY; DISCOVER BANK; WELLS FARGO BANK, N.A.;
U.S. BANK, NATIONAL ASSOCIATION; DEUTSCHE BANK
NATIONAL TRUST COMPANY; DEUTSCHE BANK TRUST
COMPANY AMERICAS; THE BANK OF NEW YORK MELLON,
N.A.; THE BANK OF NEW YORK MELLON TRUST COMPANY,
N.A.; UMB BANK, N.A.; WILMINGTON TRUST, N.A.;
WILIMINGTON TRUST COMPANY, N.A.; NELNET
SERVICING, LLC; NELNET, INC; NAVIENT SOLUTIONS,
LLC; NAVIENT CORPORATION; and NAVIENT CREDIT
FINANCE CORPORATION,
                Defendants.
-------------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the equivalent bankruptcy rule, Plaintiffs voluntarily dismiss this action without prejudice.

Dated: July 18, 2023
       New York, New York

                              Respectfully submitted,

                              Law Offices of Michael B. Wolk, P.C.

                              By:     /s/ Michael B. Wolk
                                    Michael B. Wolk
                              155 East 55th Street, Suite 300B
                              New York, New York 10022
                              Tel: 917-238-0576
                              Email: michael.wolk@wolkgroup.com
                              Attorneys for Plaintiffs