UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------x
LABARRON TATE; BRANDON HOOD; JULIANA JUAREZ
DUFRANE; SCOTT DUFRANE; RYAN LANCASTER;
TARRYN TYLER; and MATTHEW MAHER, individually
and on behalf of all others similarly situated,
        Plaintiffs,       23-cv-6050 (JGK)

  -against-

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE  **NOTICE OF**
AGENCY; DISCOVER BANK; WELLS FARGO BANK, N.A.; **VOLUNTARY**
U.S. BANK, NATIONAL ASSOCIATION; DEUTSCHE BANK **DISMISSAL**
NATIONAL TRUST COMPANY; DEUTSCHE BANK TRUST
COMPANY AMERICAS; THE BANK OF NEW YORK MELLON,
N.A.; THE BANK OF NEW YORK MELLON TRUST COMPANY,
N.A.; UMB BANK, N.A.; WILMINGTON TRUST, N.A.;
WILIMINGTON TRUST COMPANY, N.A.; NELNET
SERVICING, LLC; NELNET, INC; NAVIENT SOLUTIONS,
LLC; NAVIENT CORPORATION; and NAVIENT CREDIT
FINANCE CORPORATION,
        Defendants.
------------------------------------------------------------------------------------x

  **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1) of the Federal Rules of

Civil Procedure, and the equivalent bankruptcy rule, Plaintiffs voluntarily dismiss this

action without prejudice.

Dated: July 18, 2023
   New York, New York

            Respectfully submitted,

            Law Offices of Michael B. Wolk, P.C.

            By:  /s/ Michael B. Wolk
              Michael B. Wolk
            155 East 55th Street, Suite 300B
            New York, New York 10022
            Tel: 917-238-0576
            Email: michael.wolk@wolkgroup.com
            Attorneys for Plaintiffs